FILED

2005 Sep-12  AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VINCE DICHIARA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 05-AR-1584-S |
| | } | |
| WACHOVIA BANK, N.A., | } | |
| | } | |
| Defendant. | } | |

## ORDER

In accordance with the accompanying memorandum opinion, the court finds that it lacks subject-matter jurisdiction and that the above-entitled case was improvidently removed by defendant, Wachovia Bank, N.A.  Therefore, the motion of plaintiff, Vince DiChiara, to remand is GRANTED pursuant to 28 U.S.C. § 1447(c), and the case is REMANDED to the Circuit Court of Jefferson County, Alabama.  **The Clerk is DIRECTED to effectuate this order.**

Costs are taxed against the removing defendant.

DONE this 12th day of September, 2005.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE